```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT BLUEFIELD
```

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 1:17-00053

JAMES KELSOR

**MEMORANDUM OPINION AND ORDER**

Pending before the court is defendant's motion to continue the trial and all related deadlines for a period of approximately sixty days.  (ECF No. 25).  In support of his motion and the need for a continuance, counsel for Kelsor states that she only recently learned about allegations of misconduct surrounding one of the law enforcement investigators associated with defendant's case.  To that end, defense counsel needs additional time to review documents disclosed by the government, discuss relevant matters with her client, and conduct additional discovery.  The government does not oppose defendant's request for a continuance.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the best interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and GRANTS the defendant's motion to continue.  In deciding to grant the motion to continue, the court considered the factors outlined in 18 U.S.C. §3161(h)(7)(B) and found that failure to grant a continuance would deny counsel the reasonable time

necessary for effective preparation, taking into account the exercise of due diligence.

    Accordingly, the court hereby **ORDERS** as follows:

1. Trial of this action is continued until December 19, 2018, at 9:30 a.m., in Bluefield.  Jury instructions and proposed voir dire are to be filed by December 12, 2018;

2. All pretrial motions are to be filed by December 4, 2018;

3. A pretrial motions hearing is scheduled for December 11, 2018, at 11:30 a.m., in Bluefield;

4. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

    IT IS SO ORDERED this 6th day of September, 2018.

    ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge